DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID SMITH,**
Appellant,

v.

**HAROLD PEERENBOOM,**
Appellee.

No. 4D19-3155

[March 26, 2020]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502018CA001996XXXMB.

John B. Rosenquest IV of Rosenquest Law Firm, P.A., Surfside, for appellant.

Maria H. Ruiz and Danielle F. Moriber of Kasowitz Benson Torres LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***